UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., : | |
| Plaintiff, : | No. 5:15-cv-5631 |
| : | |
| v. : | |
| : | |
| JANE M. MURRAY and 401 S. 2ND ST., LLC, : | |
| Defendants. : | |

# O R D E R

**AND NOW,** this 18th day of July, 2016, for the reasons set forth in the Memorandum issued this date, **IT IS HEREBY ORDERED THAT**: Plaintiff's Motion for Summary Judgment, ECF No. 25, is **DENIED in part** and **GRANTED in part** as follows:

1. Summary judgment is granted on the issue of liability only against Defendant 401 S. 2nd St., LLC for violating 47 U.S.C. § 605;

2. Summary judgment is denied as to Jane Murray; and

3. The arbitration panel shall decide all remaining claims for liability and for damages.

BY THE COURT:

/s/ Joseph F. Leeson, Jr._____
JOSEPH F. LEESON, JR.
United States District Judge